UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
NOV - 2 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

DEBORAH ANN BUCZEK,

Appellant,

v.

KEYBANK NA, ROCKET MORTGAGE, LLC,

Appellees.

26-CV-1429 (JLS)

**DECISION AND ORDER**

This Court has studied and considered the orders and hearings of the Bankruptcy Court,[1] the parties' submissions, and the relevant authorities. Under the appropriate standards of review,[2] the July 13, 2026 Order (Bankr. Dkt. 77) denying Appellant's motion to reopen the bankruptcy action, which was announced

[1] Citations to the docket of the underlying bankruptcy case (No. 23-10814) are cited as "Bankr. Dkt."

[2] The "Bankruptcy Court's legal conclusions are reviewed *de novo* and its factual conclusions are reviewed for clear error." *In re Hyman*, 502 F.3d 61, 65 (2d Cir. 2007). "Discretionary rulings" are "reviewed for abuse of discretion." *Gray v. ResCap Borrower Claims Tr.*, 706 F. App'x 16, 17 (2d Cir. 2017) (internal citation omitted).

on the record on June 29, 2026 (Bankr. Dkts. 75 and 76), is AFFIRMED.

SO ORDERED.

Dated: November 2, 2026
Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE